IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESTON LEE, | 2:13cv1757 |
| | Electronic Mail |
| Plaintiff, | |
| | Judge David Stewart Cercone |
| v. | Chief Magistrate Judge Lisa Pupo Lenihan |
| | |
| LT. SCHRADER and OFFICER J.C. SMITH, | |
| | |
| Defendants. | |

## MEMORANDUM ORDER

**AND NOW**, this **19** day of May, 2014, after the Plaintiff, Preston Lee, initiated the above-captioned matter on December 10, 2013, and after a Report and Recommendation (ECF No. 10) was filed by the United States Magistrate Judge recommending dismissal of Plaintiff's Complaint and giving Plaintiff until May 2, 2014 to file written objections, and after Plaintiff filed untimely Objections to the Report and Recommendation on May 6, 2014, and after having thoroughly reviewed the record in this case, including Plaintiff's Objections despite their untimeliness,

**IT IS HEREBY ORDERED** that for the reasons set forth in that Report and Recommendation, which is adopted as the Opinion of this Court, Plaintiff's Complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS FURTHER ORDERED** that the Clerk is to mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
David Stewart Cercone
United States District Judge

cc: Preston Lee
GH-8160
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

*(Via First Class Mail)*